# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FETUAO-SALAITA-TITIE and PIO TITIE

V.

FIRST MAGNUS FINANCIAL CORP, INC.; LASALLE BANK NATIONAL ASSOCIATION; CAL-WESTERN RECONVEYANCE CORPORATION

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09cv822-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion to dismiss the action.............................................................................
................................................................................................................................................
................................................................................................................................................
................................................................................................................................................
................................................................................................................................................

| August 28, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 28, 2009 |

09cv822-JM(AJB)